UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>STEVEN ROBERT KENYON,<br><br>                                   Defendant. | Case No. 3:97-cr-00057-LRH-RAM<br><br>MINUTE ORDER<br><br>June 18, 2019 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>    REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>     NONE APPEARING     </u>

COUNSEL FOR DEFENDANT(S): <u>     NONE APPEARING     </u>

**MINUTE ORDER IN CHAMBERS**:

      Before the court is defendant Steven Kenyon's Motion to Receive Court Transcripts and Full Discovery (ECF No. 59).

      This matter is referred to the Court Clerk to advise defendant Kenyon concerning the identification and cost requirements of court documents he may seek. With regard to "elements of discovery" and "police reports", no authority has been cited to the court which would authorize the court to order production of either discovery or police reports in this matter.

      Defendant Kenyon's motion (ECF No. 59) is therefore DENIED without prejudice.

      IT IS SO ORDERED.

                                                        DEBRA K. KEMPI, CLERK

                                                         By: <u>       /s/       </u>

                                                                     Deputy Clerk